UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REBECCA CAIN §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>SUN MACHINE COMPANY D/B/A SUN §<br>MFG CO., SUN MACHINE LTD. D/B/A §<br>SUN MFG CO., SUN MANAGEMENT §<br>LLC, and RICHARD A. BILLECK, §<br>Individually and as D/B/A SUN MFG CO. §<br>§<br>Defendants. § | CIVIL ACTION NO. 4:11-cv-00728 |

## ORDER GRANTING
## APPROVAL OF THE SETTLEMENT AGREEMENT

The parties have reached a settlement agreement and submitted the agreement to the Court for review.

The parties are now seeking approval from the Court for the settlement agreement. In this regard, the parties, through their counsel of record, stipulate to the entry of this order in accordance with the foregoing.

After considering the Joint Motion for Approval of Settlement Agreement, the Confidential Settlement Agreement and Release of Claims, the evidence on file, and the arguments of counsel, if any, the court **GRANTS** the motion and **APPROVES** the settlement agreement of this action.

Signed this _____ day, of _____, 2011.

_____
PRESIDING JUDGE